# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   18−32488−KLP
**Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kevin L. Milton<br>aka Kevin Lamont Milton<br>2537 N. Independence Drive<br>Montross, VA 22520 | Tringula B. Rice−Milton<br>aka Tringula Bercell Rice−Milton, aka<br>Tringula Rice Henry, aka Tringula Rice,<br>aka Tringula B. Henry<br>2537 N. Independence Drive<br>Montross, VA 22520 |

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−4229                               Joint Debtor: xxx−xx−1868

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA                                       Joint Debtor: NA

### NOTICE OF POSSIBLE DISMISSAL
### PURSUANT TO
### LBR 1007−1 LISTS, SCHEDULES, STATEMENTS
### AND
### LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS

**TO:    DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on May 10, 2018. Pursuant to Local Bankruptcy Rule 1007−1 and 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:   May 24, 2018**

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

 All Schedules and Statement of Financial Affairs
Summary of Your Assets and Liabilities and Certain Statistical Information
Statement of Your Current Monthly Income and Calculation of Commitment Period
Chapter 13 Plan


                                                      **William C. Redden**
                                                      **Clerk, United States Bankruptcy Court**
Date:  May 11, 2018

                                                      /s/   Candace Manley
                                                      Deputy Clerk


[10071_30152vDec2015.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:
Kevin L. Milton
Tringula B. Rice-Milton
    Debtors

Case No. 18-32488-KLP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: manleyc     Page 1 of 1     Date Rcvd: May 11, 2018
                  Form ID: both215     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
db/jdb         +Kevin L. Milton,    Tringula B. Rice-Milton,    2537 N. Independence Drive,
           Montross, VA 22520-8720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
         John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov
         Richard C. Pecoraro    on behalf of Debtor Kevin L. Milton Rich@cp-lawfirm.com,
   admin2@cp-lawfirm.com;admin4@cp-lawfirm.com;kim@cp-lawfirm.com;books@cp-lawfirm.com;rsweetcplawfi
   rm@gmail.com;admin1@cp-lawfirm.com;r49700@notify.bestcase.com
         Richard C. Pecoraro    on behalf of Joint Debtor Tringula B. Rice-Milton Rich@cp-lawfirm.com,
   admin2@cp-lawfirm.com;admin4@cp-lawfirm.com;kim@cp-lawfirm.com;books@cp-lawfirm.com;rsweetcplawfi
   rm@gmail.com;admin1@cp-lawfirm.com;r49700@notify.bestcase.com
         Suzanne E. Wade    ecfsummary@ch13ricva.com,   trustee@ch13ricva.com;fred@cmc13.net
                                                                                                                     TOTAL: 4